**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; R AND R NOMAD PUBLISHING COMPANY, a division of R & R NOMAD PUBLISHING CO. LLC; and 4U2ASKY ENTERTAINMENT INC., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:20-cv-29 |
| v. | |
| C&S COASTAL, INC. d/b/a WILD WING CAFÉ; MARK STEGALL, individually; and TOMMY CAMPBELL, individually, | |
| Defendants. | |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiffs and counsel for Defendants on October 14, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice.

The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 22nd day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA